UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,       )
                                )   CASE NO. CR19-071-JLR
         Plaintiff,             )
                                )
    v.                          )
                                )   DETENTION ORDER
ITERANCE ROY HOWARD,            )
                                )
         Defendant.             )
_____)

Offense charged:    Felon in Possession of a Firearm; Possession of Unregistered Firearm; Forfeiture Allegations

Date of Detention Hearing:    October 21, 2019.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant has a lengthy criminal record that includes numerous failures to

DETENTION ORDER
PAGE -1

appear, bench warrant activity, supervision violations, new criminal law violations while on supervision, escape status, and resisting arrest. Defendant was not interviewed and does not contest detention.

2. Defendant poses a risk of nonappearance based on unknown or unverified background information, failures to appear, use of alias names, and non-compliance and/or new criminal law violations while on supervision. Defendant poses a risk of danger based on criminal history, non-compliance while on supervision, criminal activity while under supervision, and a pending charge.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 21st day of October, 2019.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3