The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ITERANCE ROY HOWARD,<br><br>　　　　　　　Defendant. | CASE NO.  CR19-071JLR<br><br>ORDER CONTINUING TRIAL DATE |

　　　Based on General Orders 02-20, 03-20, and 07-20 of the United States District Court for the Western District of Washington addressing measures to reduce the spread and health risks from COVID-19, which is incorporated herein by reference, and the parties' Stipulation to Continue Trial Date (Dkt. 23), this Court hereby FINDS that the trial in this case cannot proceed prior to July 1, 2020. For the reasons detailed in the parties' Stipulation, and the Court's General Orders 02-20, 03-20, and 07-20, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

　　　IT IS THEREFORE ORDERED that the parties' request to continue the trial date is GRANTED.

Order Continuing Trial
*United States v. Howard;* CR19-071JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The status hearing scheduled for June 1, 2020, is hereby VACATED.

2    A new status hearing is SCHEDULED for July 1, 2020 at 10:00 a.m. At that status
3    hearing, the Court will discuss a new trial date.

4    IT IS FURTHER ORDERED that the time between the date of the filing of the
5    parties' Stipulation and the status hearing date of July 1, 2020, is excluded in computing the
6    time within which trial must commence because the ends of justice served by granting this
7    continuance outweigh the best interest of the public and the defendant in a speedy trial. 18
8    U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would likely make trial impossible
9    and result in a miscarriage of justice, and would deny counsel for the defendant and
10   government counsel the reasonable time necessary for effective preparation, taking into
11   account the exercise of due diligence. *Id.* § 3161(h)(7)(B)(i), (iv).

12   IT IS FURTHER ORDERED that the period time from the date of this order up to and
13   including the new status hearing date, shall be excludable time pursuant to 18 U.S.C. § 3161.

14   Dated this 28th day of April, 2020.

_____

The Honorable James L. Robart
U.S District Court Judge

Order Continuing Trial
*United States v. Howard;* CR19-071JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970