The Honorable James L. .Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ITERANCE HOWARD,<br><br>  Defendant. | CASE NO. CR19-0071JLR<br><br>ORDER |

Upon the filing of the Motion to Withdraw Alleged Supervised Release Violations by the United States of America, the Court, having considered the motion and being fully informed of the records and files herein, and noting the unopposed position of the United States Probation Office and Defendant Iterance Howard, for the reasons stated in the government's motion, IT IS HEREBY ORDERED:

The government's motion to withdraw the supervised release violations is GRANTED and the violations are withdrawn and dismissed.

IT IS HEREBY ADJUDGED:

Defendant remains on supervised release and subject to all conditions of supervised release previously imposed except as to the following modifications to special condition numbers 6 and 7:

ORDER/*United States v. Iterance Howard,*
CR19-0071JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     Supervised Release Special Condition Number 6 is hereby STRICKEN from the
2 Judgment entered on May 4, 2021 (Dkt. 64).
3     Supervised Release Special Condition Number 7 is now re-numbered as Number 6,
4 and modified as follows:
5     The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology for a period of 12 months. This will begin upon the vacating of the appearance bond issued on June 16, 2021. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

Dated this \_\_1st\_\_ day of July, 2021.

_____
THE HONORABLE JAMES L. ROBARTT
UNITED STATES DISTRICT COURT JUDGE

Presented by:

*s/Ye-Ting Woo*
YE-TING WOO
Assistant United States Attorney

ORDER/*United States v. Iterance Howard,*
CR19-0071JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970