JUDGE ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-071-JLR |
| Plaintiff, | ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE |
| v. | |
| ITERANCE HOWARD, | |
| Defendant. | |

This matter comes before the Court on the motion of the defendant to modify the conditions of supervised release. Having considered the motions and the files herein, the motion is hereby GRANTED. Mr. Iterance Howard's special condition regarding GPS monitoring is amended as follows:

The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

All other conditions of the appearance bond remain unchanged.

Dated this 25th day of October, 2021.

_____
Hon. James L. Robart
United States District Judge

Order
(USA v. Howard CR 19-071 JLR)

PETER A. CAMIEL
CAMIEL & CHANEY P.S.
2815 Elliott Avenue, Suite 100
Seattle, WA  98121
(206)636-1725