JUDGE ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-071-JLR |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| ITERANCE HOWARD, | |
| Defendant. | |

This matter comes before the Court on the motion of the defendant for the early termination of his supervised release pursuant to 18 U.S.C. § 3553(e). Having considered the motion and the records and files herein, defendant's motion is granted.

Dated this 29th day of August, 2023.

_____
United States District Judge

Order
(USA v. Howard CR 19-071 JLR)